### NEW LONDON COUNTY, SEPTEMBER TERM, A. D. 1784.

#### HUNTINGTON v. LOTHROP, DEPUTY SHERIFF.

A sheriff may be sued out of his county, and before another court than that which granted the execution.

WRIT OF ERROR to reverse a judgment of the County Court, in an action brought by said Huntington against said Lothrop;

declaring that he recovered a judgment and execution before the County Court in the county of Windham against      for £    lawful money, that he delivered said execution to the defendant, who then was a lawful deputy of the sheriff of Windham county, to levy and collect; as by the defendant's receipt ready to be shown in court appears, etc. and averred that the defendant had not levied and collected said execution, etc.

The defendant plead in abatement — That said execution was granted on a judgment of the County Court in the county of Windham; and that he is liable to be sued only before the County Court in the county of Windham; and that the County Court in the county of New London hath not jurisdiction of said action.

A demurrer was given to the plea — And by the County Court the plea was judged to be sufficient. And upon the writ of error the judgment was reversed by the Superior Court, upon the ground that this is an action at common law, and not upon the statute.